# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Barbara A. Azzaro                                               Case No.: 18-00650

    And

Debtors                                                         : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360
Email: MKnitter@monroecountypa.gov


    "/s/ Melinda S. Knitter"
    Melinda S. Knitter, Bankruptcy Clerk

Parcel #02/14C/2/58