Certificate Number: 00301-PAE-DE-031072256

Bankruptcy Case Number: 18-00650



00301-PAE-DE-031072256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 21, 2018</u>, at <u>6:36</u> o'clock <u>PM EDT</u>, <u>BARBARA AZZARO</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 22, 2018</u>   By: <u>/s/Felisa McNair</u>

Name: <u>Felisa McNair</u>

Title: <u>Certified Bankruptcy Counselor</u>