United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Barbara A. Azzaro
       Debtor

Case No. 18-00650-RNO
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 1      Date Rcvd: Jun 08, 2018
                  Form ID: 318      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db            +Barbara A. Azzaro,    262 Mt Effort Drive,    (f/k/a 58 Mount Effort Drive),
               Effort, PA 18330-7977
5024984       +PHFA-HEMAP,    PO Box 2461,   Harrisburg, PA 17105-2461
5024983       +Patrick J. Wesner, Esquire,    PARKER McCAY, P.A.,    PO. Box 5054,    Mount Laurel, NJ 08054-5054
5024986     ++++SPECIALIZED LOAN SERVICING LLC,    PO BOX 266005,    LITTLETON CO  80163-6005
               (address filed with court:  Specialized Loan Servicing LLC,    PO Box 266005,
               Littleton, CO 80163)
5024985       +Specialized Loan Servicing,    8742 Lucent Blvd., Ste 300,    Littleton, CO 80129-2386
5024987       +US Bank, N.A.,    c/o Rushmore Loan Mgt LLC,    15480 Laguna Canyon Rd, Ste 100,
               Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5025354       +EDI: PRA.COM Jun 08 2018 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5024988       +EDI: BLUESTEM Jun 08 2018 23:03:00      Webbank/Fingerhut,    6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
                                                                                       TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
```
          James  Warmbrodt   on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
          National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          John J Martin (Trustee)   pa36@ecfcbis.com,   trusteemartin@martin-law.net
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Timothy B. Fisher, II   on behalf of Debtor 1 Barbara A. Azzaro donna.kau@pocono-lawyers.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Barbara A. Azzaro** | | Social Security number or ITIN | **xxx−xx−3893** |
| | First Name Middle Name Last Name | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **Middle District of Pennsylvania**

Case number:  **5:18−bk−00650−RNO**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barbara A. Azzaro

**By the court:**

June 8, 2018

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---